[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Sequoia Stewart )
_____ )  22cv3024
_____ )  Judge Bucklo
Plaintiff(s), )  Mag. Judge Jantz
                         )  Random Assignment
                         )  Cas
v. Community Care )
Systems Inc )         RECEIVED
_____ )
Defendant(s). )           JUN 08 2022

                          THOMAS G. BRUTON
                          CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Sequoia Stewart** of the county of **Winnebago County** in the state of **Illinois**.

3. The defendant is **Community Care Systems Inc**, whose street address is **3600 E. State St #328**,
(city) **Rockford** (county) **Winnebago Illinois** (state) **Illinois** (ZIP) **6110**
(Defendant's telephone number) (**815**) – **397-0410**

4. The plaintiff sought employment or was employed by the defendant at (street address) **Community Care Systems Inc.** (city) **Rockford**
(county) **Winnebago** (state) **Illinois** (ZIP code) **61108**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) January, (day) 4, (year) 2018.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) July (day) 21 (year) 2021.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) July (day) 21 (year) 2021

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) January (day) 27 (year) 2022.

(c) Attached is a copy of the

   (i) Complaint of Employment Discrimination,

   ☑ Yes ☐ No, but a copy will be filed within 14 days.

   (ii) Final Agency Decision

   ☑ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) January (day) 27 (year) 2022 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).

   (b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☒ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☒ failed to stop harassment;
    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Community Care Systems Inc., took clients away from me and my schedule for no reason and left the client without a home care aid and/or a temporary home care aid. Continually sent me back to known racist and abusive clients. Continually made racist remarks about the color of my skin and my race.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ Direct the defendant to (specify): pay restitution for all loss of wages past, present, and future. Also pay back pay for all unpaid wages. Also

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_pay for emotional distress and therapy services and hospital bills for job related injuries._

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_[signature]_
(Plaintiff's signature)

_Sequoia Stewart_
(Plaintiff's name)

_1616 10th Avenue_
(Plaintiff's street address)

(City) _Rockford_ (State) _IL_ (ZIP) _61104_

(Plaintiff's telephone number) (_815_) – _608-1059_

Date: _June 8, 2022_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Sequoia Stewart
1616 10th Avenue
Rockford, IL 61104

From: Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

2022 JUN -8 PM 5: 49

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2021-03807 | Katarzyna Hammond, Investigator | (312) 872-9703 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/eh*     1/27/2022

Enclosures(s)

Julianne Bowman,
District Director

(Date Issued)

cc:

Community Care Systems, Inc.
Ginger Leaven
Associate General Counsel
17475 JOVANNA DR., Suite 2A
Homewood, IL 60430

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

People that have witnessed the racism towards me from Community Care Systems Inc.

From: leigh_s1019@yahoo.com (leigh_s1019@yahoo.com)

To: katarzyna.hammond@eeoc.gov

Date: Wednesday, December 22, 2021, 01:24 PM CST

1.) Nicole Houston (901) 239-2114
2.) Myiesha Rush (312) 810-1769
3.) Geraldine Conklin (608) 622-2931

## EEOC's Notice of a Right to Sue per request

From: KATARZYNA HAMMOND (katarzyna.hammond@eeoc.gov)

To: leigh_s1019@yahoo.com

Date: Thursday, March 10, 2022, 01:01 PM CST

Ms. Stewart,

Per your voice mail, please find attached the Notice of a Right to Sue.

Please confirm the receipt. You have 90 days to sue the employer in federal court from the date when you receive the Notice, so once you receive and open this e-mail.

Thank you.

Kasia Hammond

Federal Investigator
Equal Employment Opportunity Commission

**JCK Federal Building
230 South Dearborn St., Suite 1866,**

**Chicago, IL 60604**
Ph: 312-872-9703
Fax: 312-588-1260

E-mail: katarzyna.hammond@eeoc.gov

 2022-01-27 161 Stewart v Community Care 4-21-03807.pdf
179kB

# Charge 440-2021-03807

From: leigh_s1019@yahoo.com

To: katarzyna.hammond@eeoc.com

Date: Saturday, November 27, 2021, 04:58 PM CST

Hello my name is Sequoia Stewart and the charge number is 440-2021-03807. On November 16, 2021 I asked Irma Martinez an office employee who works for Community Care Systems Inc. inside the Help at Home office for more hours again because my hours are low because the Community Care office staff hasn't given me anymore clients? Irma replied I dont know. I replied how long am I going to be in limbo because I have low hours. Irma replied I dont know then she started laughing and said I will call you back. I asked Irma for fill in hours also known as substitute hours. Irma responded I cant do nothing I will call you back. I have been asking for more hours all year long and the Community Care office employees have all continued to refuse to give me more hours.

## Charge 440-2021-03807

From: leigh_s1019@yahoo.com

To: katarzyna.hammond@eeoc.gov

Date: Wednesday, December 1, 2021, 11:53 AM CST

Hello my name is Sequoia Stewart and the charge number is 440-2021-03807. On November 16, 2021 I asked Irma Martinez an office employee who works for Community Care Systems Inc. inside the Help at Home office for more hours again because my hours are low because the Community Care office staff hasn't given me anymore clients? Irma replied I dont know. I replied how long am I going to be in limbo because I have low hours. Irma replied I dont know then she started laughing and said I will call you back. I asked Irma for fill in hours also known as substitute hours. Irma responded I cant do nothing I will call you back. I have been asking for more hours all year long and the Community Care office employees have all continued to refuse to give me more hours. Community Care Systems Inc. Rockford office has continued to hire at least three white people since the 2021 summer. A new caregiver that was recently hired named Amber who is a substitute worker who is guaranteed 40 hours of work and fill ins for many clients who do not have a permanent caregiver's. The clients are not recieving help, nearly all of their monthly allotted hours are not being serviced and I have continually asked for more clients and more hours on a daily and weekly basis. In the summer and fall of 2021 I have seen the Community Care Systems Inc. Rockford office conducting interviews and white people sitting in the office waiting to be called for their interview and then the Community Care Systems Inc. office employees calling their name to come start the interviews.

## Charge 440-2021-03807

From: leigh_s1019@yahoo.com
To: katarzyna.hammond@eeoc.gov
Date: Tuesday, December 7, 2021, 03:24 PM CST

Hello my name is Sequoia Stewart and the charge number is 440-2021-03807. A Community Care Systems Inc. office employee called my client Gloria from a 217-606-1184 number. A cell phone number used by the Community Care Rockford office that the supervisor has used to call me from in the past. The Community Care Systems Inc. office employee asked Gloria how many times I have been late? What do I do while at Gloria's apartment? Have I asked Gloria for any money? Gloria said no. The office employee on the phone said well we have to ask questions like this. Another question was do I clock in for Gloria while Gloria is not home? Gloria said no. Another question was do I change my time? Gloria said no. The only time she goes over her time is when I am at the doctor's office

and the appointment takes longer or my doctors appointment is at a later time. Another question was do I talk to Gloria about other clients? Gloria said no. This is the third phone call to my client Gloria in the last 8 days asking well over 30 questions total about me. However Community Care Systems Inc. office employees have not called me about adding any more clients to my schedule. For over a year I have been asking for more clients and Community Care Systems Inc. office employees have refused to give me more clients. However the Community Care Systems Inc. office employees Jessica Ortiz, Donna, Irene, Irma Martinez and other office employees have been using their office work time to continually call my clients asking several questions about me, gossiping to the Help at Home office employees about me, saying negative things about me to my clients, and creating an unhealthy and toxic work environment for me. I have a work phone that shows my location when I clock in for a client and when I clock out for a client. The work phone belongs to Community Care Systems Inc. The work phone shows a time stamp showing the hour, minute, and second when I clock in and when I clock out also showing the location where I am when I clock in and clock out. My clock in times, clock out times, and location can be seen anytime on the EVV System that can be seen easily on the computer's that Jessica Ortiz, Donna, Irma Martinez, and Irene use.

# Charge 440-2021-03807

From: leigh_s1019@yahoo.com (leigh_s1019@yahoo.com)
To: katarzyna.hammond@eeoc.gov
Date: Monday, December 6, 2021, 02:52 PM CST

Jessica Ortiz an office employee who works for Community Care Systems Inc. inside the Help at Home office has continued to prevent me from getting more clients and more hours. I have continued to ask for more clients and more hours for over a year. I have asked Jessica does she have any clients who need service and she will reply no. I have asked Jessica are there any clients that have not had any service this week or last week and Jessica will reply no. I have asked Jesica are there any clients on the re staff list and Jessica will reply no. Other office employees have asked Jessica does she have any clients that need service and Jessica says yes then I service the clients then the clients call the Community Care Systems Inc. Rockford office and ask for me to be their caregiver. Jessica will say who is the caregiver then the client says my name then Jessica will say she will have to see if she has room on her schedule. Then the client will say well she told me that she has lots of openings on her schedule. Then Jessica will tell the client, uh I have to get back with you, I will call you back. After, the clients will never be added on to my schedule. After that when an office employee asks Jessica does she have hours Jessica will say yes then ask who is on the phone and they tell Jessica then Jessica will say no I dont have anything or I will call her back. Jessica does not call me back about getting more hours. I have contacted the SEIU Union and the SEIU Union Representative about these issues and the union representative sometimes does not recieve a response from Community Care Systems Inc. for weeks. On November 29, 2021 Jessica Ortiz called my client Gloria and said so she hasn't been showing up for work because I have been looking at the system and she hasn't had any clock in and clock outs for you at all for over a week. So this is what she does. Gloria replied I have been out of town for the Holiday and she cannot provide service to me with me being out of town. Gloria replied I have called you two weeks ago and told you all and I called the week before last the day I was leaving. Then Gloria's Case Manager called Gloria and asked Gloria over 20 questions about me like what do I do, has Gloria been getting service, do I get along with Gloria and etc. Gloria replied she is a good worker she goes to the grocery store for me and carries all the groceries up all the flights of stairs for me, she cleans all of my closets out, organizing everything in my apartment, she does everything for me. I have never missed a day and never called off servicing Gloria. Irma Martinez and Jessica Ortiz took Gloria's hours away from me and gave them to Darwin a white employee so that he could take Gloria to the doctor instead of me and I had open availability that day from 7am until 3pm and Gloria's doctor appointment was at 9:15am.

Charge 440-2021-03807

From: leigh_s1019@yahoo.com (leigh_s1019@yahoo.com)
To: katarzyna.hammond@eeoc.gov
Date: Thursday, October 21, 2021, 02:25 PM CDT

Hello my name is Sequoia Stewart and yesterday I called my employer Community Care Systems Inc and I spoke with Irma M. one of the Supervisor/ Coordinator working in the office. My telephone was on speaker
and I informed Irma that my client Gloria had a doctor's appointment on October 21, 2021 at 9:15am . Irma said that I could not take my client Gloria to her doctor's appointment and that another employee a white male Darwin will take my client to the doctor's appointment instead. My client Gloria has been on my schedule for over a month. Irma told Gloria that Darwin would have to take my Friday hours that I was scheduled to go to Gloria away from me and also a part of the October 20, 2021 hours away from me in order for him to have enough time to take the client Gloria to her doctors appointment and that Darwin will arrive at 9am to pick Gloria up on October 21, 2021. My schedule is open on Thursdays from 7am until
8pm. I only have 1 client on Thursday October 21,2021 that is on my schedule now starting at 3:45pm until 6:15pm. So instead of letting me take my client that is on my schedule to the doctor Irma
instead took my hours away from me and gave them to a white male employee Darwin who does not have Gloria on his schedule. I am available to take the client Gloria to her doctor appointments. The employees who work in the CCSI office have taken away my hours for no reason and gave them to other white employees many times in the past. Most recently August 10,2021.

6/8/22, 11:56 AM
Case: 1:22-cv-03024 Document #: 1 Filed: 06/08/22 Page 16 of 18 PageID #:16
(1,410 unread) - leigh_s1019@yahoo.com - Yahoo Mail

Charge 440-2021-03807

From: leigh_s1019@yahoo.com
To: katarzyna.hammond@eeoc.gov
Date: Friday, November 26, 2021, 01:33 PM CST

Hello my name is Sequoia Stewart and my charge number is 440-2021-03807. Donna and Jessica Ortiz who are office employees who work for Community Care Systems Inc. have called my clients every 2 weeks asking if the clients want another caregiver. All of the clients have said no they do not want another caregiver. All the clients have said that they would like to keep me as their caregiver. The Community Care Systems Inc. office employee Donna called my client Douglas and asked him what do I do then the client Douglas told them. Donna asked Douglas has he had any problems with me? Douglas replied I haven't had any problems with her at all she does a good job. Donna asked Douglas does he want another caregiver? Douglas replied no. Donna said well we have so many other caregivers that can be sent out to help you. Douglas replied to Donna saying no I dont want any other caregiver being sent out to me, Sequoia is one of the best ones. Then Donna said ok bye. The Community Care Systems Inc. office employee Jessica Ortiz called my client Gloria and asked Gloria
does Gloria have a problem with me showing up late all the time. Gloria said she has not been late only 1 time. Jessica asked Gloria does she want another caregiver Gloria said no. Jessica asked Gloria well are you sure? Gloria replied I am sure, she is a good worker she does a good job cleaning up for me. Then Gloria asked Jessica why haven't you been returning my calls for the last month? Jessica replied that she has been busy. On November 9th, 2021 one of the Community Care Systems Inc. office employees called my client Darrell asking him does he want another caregiver? Darrell replied no. Darrell was asked does have any problems with me? Darrell replied no. Darrell was asked does he feels safe around me? Darrell replied yes. Darrell was asked are you satisfied with her? Darrell replied yes. Darrell was asked are you sure you're alright with her? Darrell replied yes. So when I came to work for my client Darrell on November 11, 2021 Darrell asked me have I been to jail before? I replied no. Darrell said so you've never been to jail before? I replied no. Darrell said well your boss keeps calling me all the time asking me do I want another caregiver. Jessica and Donna continue to cause problems and an unhealthy work environment for me.

Charge 440-2021-03807

From: leigh_s1019@yahoo.com (leigh_s1019@yahoo.com)

To: katarzyna.hammond@eeoc.com

Date: Friday, November 26, 2021, 01:46 PM CST

Hello my name is Sequoia Stewart and the charge number is 440-2021-03807. On November 24, 2021 Jessica Ortiz who is an office employee who works for Community Care Systems Inc inside the Help at Home office called my client Douglas and asked him if he wanted another caregiver? Douglas said no. I want to keep Sequoia. Then Jessica asked the client Douglas does he want to change his hours he said no. Then Jessica told the client Douglas that if he wanted another caregiver then to call the office and he can get another caregiver. Jessica Ortiz and Donna who work are both Community Care Systems Inc. office employees inside the Help at Home office have been calling my clients on a weekly basis asking them if they want another caregiver. There are I think around 1,000 Community Care Systems Inc caregivers in the Rockford area and Jessica and Donna are not calling every client for the other 998 caregivers. There is not enough time Monday through Friday to call all the clients for the other 998 caregiver's. Jessica Ortiz, Donna, and Irma Martinez who are all office employees who work at Community Care Systems Inc. have continued to discriminate against me because of my race.

## EEOC's Notice of a Right to Sue per request

From: KATARZYNA HAMMOND (katarzyna.hammond@eeoc.gov)

To: leigh_s1019@yahoo.com

Date: Thursday, March 10, 2022, 01:01 PM CST

Ms. Stewart,

Per your voice mail, please find attached the Notice of a Right to Sue.

Please confirm the receipt. You have 90 days to sue the employer in federal court from the date when you receive the Notice, so once you receive and open this e-mail.

Thank you.

Kasia Hammond

Federal Investigator
Equal Employment Opportunity Commission

**JCK Federal Building**
**230 South Dearborn St., Suite 1866,**

**Chicago, IL 60604**
Ph: 312-872-9703
Fax: 312-588-1260

E-mail: katarzyna.hammond@eeoc.gov

 2022-01-27 161 Stewart v Community Care 4-21-03807.pdf
179kB